JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*AM Retail Group, Inc. d/b/a DKNY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NANDALYN REYES, an Individual, | Case No. 2:21-CV-02110-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AM RETAIL GROUP, INC., dba DKNY; a Foreign Corporation; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive, | ECF No. 51 |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    Plaintiff NANDALYN REYES, by and through her counsel, Kang & Associates, PLLC,

2    and Defendant AM RETAIL GROUP, INC. d/b/a DKNY, by and through its counsel, the law

3    firm of Jackson Lewis P.C., hereby stipulate to the Dismissal with Prejudice of this action,

4    including all claims herein against all parties, with each party to bear its own attorneys' fees and

5    costs.

6    DATED this 15th day of November, 2024.

7    KANG & ASSOCAITES, PLLC              JACKSON LEWIS P.C.

8    */s/ Adam L. Gill*                         */s/ Joshua A. Sliker*
     PATRICK W. KANG, ESQ.                 JOSHUA A. SLIKER, ESQ.

9    Nevada Bar No. 10381                   Nevada Bar No. 12493
     ADAM L. GILL, ESQ.                     300 S. Fourth Street, Suite 900

10   Nevada Bar No.: 11575                  Las Vegas, Nevada 89101

11   6480 West Spring Mountain Road, Suite 1
     Las Vegas, Nevada 89146               *Attorneys for Defendant*

12                                          *AM Retail Group, Inc. d/b/a/ DKNY*

13   *Attorneys for Plaintiff Nandalyn Reyes*

14                              **<u>ORDER</u>**

15

16    Based on the parties' stipulation **[ECF No. 51]** and good cause appearing, IT IS
     HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its

17   own fees and costs.  **The Clerk of Court** is directed to **CLOSE THIS CASE**.

18   _____
     U.S. District Judge Jennifer A. Dorsey

19   Dated: November 19, 2024

20

21

22

23

24

25

26

27

28